UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MIGUEL RAMON ANDRADE,<br><br>　　　　　Defendant. | Case No. 8:09-cr-00243-DOC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

　　A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _nature of current allegations, including commission of another offense, possession of an undisclosed device, possession of sexually explicit conduct, and refusal to allow a law enforcement search; prior violation; nature of underlying conviction_

1        and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3     convincing evidence that he is not likely to pose a danger to the safety of any other
4     person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5     based on: *nature of current allegations, including commission of another offense, possession of an*
6     *undisclosed device, possession of sexually explicit conduct, and refusal to allow a law enforcement*
7     *search; prior violation; nature of underlying conviction*

8        IT THEREFORE IS ORDERED that the defendant be detained pending further
9 revocation proceedings.

11 Dated: 7-17-25

                                                  JOHN D. EARLY
                                                United States Magistrate Judge